```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC ROONEY, et al.,         :   CIVIL ACTION
                             :   NO. 06-3480
          Plaintiffs,        :
                             :
     v.                      :
                             :
CITY OF PHILADELPHIA, et al.,:
                             :
          Defendants.        :
```

# O R D E R

**AND NOW**, this **22 day of April 2009**, it is hereby **ORDERED** that, for the reasons stated in the accompanying memorandum,

(1) the City's motion for summary judgment (doc. no. 76) is **GRANTED in part and DENIED in part**;

(2) SEPTA's motion for summary judgment (doc. no. 77) is **GRANTED**;

(3) AMTRAK's motion for summary judgment (doc. no. 79) is **GRANTED**;

**IT IS FURTHER ORDERED** as follows:

(1) AMTRAK's motion in limine and motion for leave to file sur-reply (doc. nos. 78, 91) is **DENIED as moot**;

(2) AMTRAK's motions for leave to file sur-reply (doc. no. 90) is **GRANTED**;

(3) the City's motion for leave to file sur-reply (doc. no. 93) is **GRANTED**;

(4)   SEPTA's motion for leave to file sur-reply (doc. no.

      89) is **GRANTED**.

      **AND IT IS SO ORDERED.**

       S/Eduardo C. Robrreno  
      **EDUARDO C. ROBRENO, J.**